United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-11529-pmm
Julio Moran, Jr  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 07, 2025      Form ID: 155      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Julio Moran, Jr, 626 Georges Ln, Ardmore, PA 19003-1906 |
| 14999600 | | Kabbage, PO Box 77073, Atlanta, GA 30357 |
| 14999603 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14999612 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14999613 | + | Vargarde Group, LLC, 4780 Ashford Dunwood Road Suite 540 #411, Atlanta, GA 30338-5502 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14999591 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 08 2025 00:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15019709 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 08 2025 00:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14999593 | ^ | MEBN | Oct 08 2025 00:15:01 | CIT, 155 commerce Way, Portsmouth, NH 03801-3243 |
| 14999592 | | Email/Text: correspondence@credit-control.com | Oct 08 2025 00:23:00 | Central Loan, Po Box 77404, Ewing, NJ 08628 |
| 14999594 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2025 00:23:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14999595 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 08 2025 00:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14999596 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2025 00:23:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14999597 | | Email/Text: contact@fiwlaw.com | Oct 08 2025 00:23:00 | Frederic I. Weinberg & Associates, PC, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 14999598 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 08 2025 00:23:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14999599 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2025 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14999601 | | Email/Text: camanagement@mtb.com | Oct 08 2025 00:23:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14999602 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2025 00:23:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 818060, Cleveland, OH 44181-8060 |
| 14999604 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15000448 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Oct 07, 2025 | Form ID: 155 | Total Noticed: 29

| Recip ID | Notice Type | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 08 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14999605 | ^ MEBN | | Oct 08 2025 00:15:06 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14999606 | + Email/Text: bankruptcy1@pffcu.org | | Oct 08 2025 00:23:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14999607 | + Email/Text: bankruptcy1@pffcu.org | | Oct 08 2025 00:23:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 15009660 | + Email/Text: bankruptcy1@pffcu.org | | Oct 08 2025 00:23:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14999608 | + Email/Text: bankruptcysst@alorica.com | | Oct 08 2025 00:23:00 | Systems & Services Technologies, Attn: Bankruptcy 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14999609 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Oct 08 2025 00:23:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14999610 | + Email/Text: bankruptcy@bbandt.com | | Oct 08 2025 00:23:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, VA 28202-0129 |
| 14999611 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | Oct 08 2025 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14999614 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | Oct 08 2025 01:17:41 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy POB 10438 MAC F8235-02F, Des Moines, IA 50306 |
| 14999615 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | Oct 08 2025 00:24:36 | Wells Fargo/Preferred, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15000451 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025         Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 07, 2025 | Form ID: 155 | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Julio Moran  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Julio Moran Jr<br><br>    Debtor(s). | Case No. 25−11529−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 7, 2025                             For The Court

                                                  Patricia M. Mayer
                                                  Judge, United States Bankruptcy Court